IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

v.          Civil No. 04-5227
Criminal No. 02-50011-001

JAVIER TORRES-CASTRO            DEFENDANT/MOVANT

**O R D E R**

On September 7, 2004, movant Javier Torres-Castro, a prisoner at the Federal Correctional Institution, Three Rivers, Texas, filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 47). On December 6, 2004, movant filed a motion to stay deportation (Doc. #49).

This court filed a report on the motion to stay deportation (Doc. #50), recommending the motion be dismissed as this court was without jurisdiction to consider Castro's challenge to removal and, on December 15, 2004, directed service of the § 2255 motion. On January 7, 2005 (Doc. #53), the district court adopted this court's recommendations regarding the request for stay (Doc. #53). Movant's notice of appeal filed March 4, 2005, has been dismissed as premature.

As pointed out by the Eighth Circuit in its September 9, 2005, letter to movant (attached as "A"), the § 2255 motion has not been addressed by this court. Respondent has yet to file a response to the motion. Accordingly, respondent is order to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 3rd day of October 2005.

                                                   /s/Beverly Stites Jones
                                                   HON. BEVERLY STITES JONES
                                                   UNITED STATES MAGISTRATE JUDGE