IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.              Civil No. 04-5227
                Criminal No. 02-50011-001

JAVIER TORRES-CASTRO                                         DEFENDANT


O R D E R

Now on this 30th day of November, 2005, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #65), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's petition is **denied and dismissed.**

**IT IS SO ORDERED.**


/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE