IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

        v.          **Civil No. 04-5227**
              **Criminal No. 02-50011-001**

**JAVIER TORRES-CASTRO**                                 **DEFENDANT**

## O R D E R

Now on this 17th day of April, 2006, come on for consideration plaintiff's **Motion For Certificate Of Appealability** (document #67) and **Motion For Leave To Amend Pursuant To Federal Rule Of Civil Procedure Rule 15(c)** (document #68), and the Court, having reviewed both documents, as well as the Magistrate Judge's Report And Recommendation (to which plaintiff made no objection), finds no basis for the granting of either of said motions.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion For Certificate Of Appealability** (document #67) is **denied**.

**IT IS FURTHER ORDERED** that plaintiff's **Motion For Leave To Amend Pursuant To Federal Rule Of Civil Procedure Rule 15(c)** (document #68) is **denied**.

**IT IS SO ORDERED.**

                                             /s/Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**